AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WISE, TRACEY N. | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF KENTUCKY | 05/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE, ACTIVE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

300 COMMUNITY TRUST BUILDING
100 EAST VINE STREET
LEXINGTON, KY 40507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Angelucci Acoustical, Inc. - Construction |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 3/9-3/11/17 | Washington, DC | Annual meeting | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Bank & Trust Co | Mortgage Loan - Rental Property | L |
| 2. | Federal Direct Unsubsidized/Ford Loans | Student Loan | None |
| 3. | Trustmark National Bank | Mortgage Loan - Rental Property | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Central Bank & Trust Co. (Checking) | A | Interest | J | T | | | | | |
| 2. Central Bank & Trust Co. (Money Market) | A | Interest | L | T | | | | | |
| 3. UBS Financial Services (Money Market) | D | Int./Div. | O | T | | | | | |
| 4. - Ishares Core S&P 500 ETF | A | Int./Div. | K | T | Sold (part) | 07/17/17 | J | B | |
| 5. | | | | | Sold (part) | 10/02/17 | J | A | |
| 6. | | | | | Sold (part) | 11/13/17 | J | C | |
| 7. - Ishares Russell 1000 ETF | A | Int./Div. | K | T | Sold (part) | 07/17/17 | J | B | |
| 8. | | | | | Sold (part) | 11/13/17 | J | C | |
| 9. - Ishares Russell 2000 ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 10. | | | | | Sold (part) | 11/13/17 | J | A | |
| 11. - Ishares Core S&P MidCap ETF | A | Int./Div. | K | T | Sold (part) | 07/17/17 | J | B | |
| 12. | | | | | Sold (part) | 11/13/17 | J | B | |
| 13. - Ishares U.S Financial Services ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 14. - Technology Select Sector SPDR ETF | A | Int./Div. | J | T | | | | | |
| 15. - Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 16. - Vanguard Health Care ETF | A | Int./Div. | | | Sold | 05/26/17 | J | B | |
| 17. - Vanguard Short-term Inflation Protected SEC Index FD ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/13/17 | J | A | |
| 19. - DOUBLELINE CORE FIXED INCOME FUND CLASS I | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 20. - VANGUARD TOTAL WORLD STK INDEX FD ETF | A | Int./Div. | J | T | | | | | |
| 21. - ISHARES U.S. ENERGY ETF | A | Int./Div. | | | Buy (add'l) | 07/17/17 | J | | |
| 22. | | | | | Sold | 10/02/17 | J | A | |
| 23. - ISHARES MSCI EAFE ETF | A | Int./Div. | K | T | | | | | |
| 24. - ISHARES EDGE MSCI MIN VOL EMERGING MARKETS ETF | A | Int./Div. | | | Sold | 07/17/17 | J | A | |
| 25. - VANGUARD TOTAL INTL BOND ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 26. - VANGUARD TOTAL BOND MKT ETF | A | Int./Div. | K | T | Sold (part) | 07/17/17 | J | A | |
| 27. - ISHARES 1-3 YEAR CREDIT BOND ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 28. - SPDR BLOOMBERG BARCLAYS LONG TERM TREAS ETF | A | Int./Div. | J | T | | | | | |
| 29. - VANECK VECTORS AMT-FREE INTE MUNICIPAL INDEX ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 30. - VANGUARD SHORT-TERM CORPORATE BOND ETF | A | Int./Div. | | | Sold (part) | 07/17/17 | J | A | |
| 31. | | | | | Sold | 10/02/17 | J | A | |
| 32. - ISHARES NASDAQ BIOTECHNOLOGY ETF | A | Int./Div. | J | T | Buy | 01/30/17 | J | | |
| 33. - VANGUARD FTSE EUROPE ETF | A | Int./Div. | J | T | Buy | 05/26/17 | J | | |
| 34. - VANGUARD FTSE MARKETS ETF | A | Int./Div. | J | T | Buy | 07/17/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ISHARES SILVER TRUST ETF | A | Int./Div. | J | T | Buy | 07/17/17 | J | | |
| 36. - ETF PHYSICAL PLATINUM SHARES ETF | A | Int./Div. | | | Buy | 01/03/17 | J | | |
| 37. | | | | | Sold | 07/17/17 | J | A | |
| 38. - ISHARES GOLD TRUST ETF | A | Int./Div. | | | Buy | 07/17/17 | J | | |
| 39. | | | | | Sold | 10/02/17 | J | A | |
| 40. - VANGUARD INFORMATION TECHNOLOGY ETF | A | Int./Div. | | | Buy | 07/17/17 | J | | |
| 41. | | | | | Sold | 10/02/17 | J | A | |
| 42. - SPDR PORTFOLIO LONG TERM TREAS ETF TREAS ETF | A | Int./Div. | J | T | Sold (part) | 07/17/17 | J | A | |
| 43. UBS Financial Services (Traditional IRA fka SEP IRA) | E | Int./Div. | O | T | | | | | |
| 44. - Ishares Core S&P 500 ETF (fka Ishares Trust S&P) | B | Int./Div. | M | T | | | | | |
| 45. - Ishares Russell 2000 ETF (fka Ishares Trust Russell 2000 Index) | A | Int./Div. | K | T | | | | | |
| 46. - Ishares Core S&P MidCap ETF (fka Ishares Trust Mi) | B | Int./Div. | L | T | | | | | |
| 47. - Ishares MSCI EAFE Small Cap ETF (fka Ishares MSCI EAFE Small Cap) | A | Int./Div. | J | T | | | | | |
| 48. - Vanguard REIT ETF | A | Int./Div. | K | T | | | | | |
| 49. - Vanguard FTSE Emerging Markets ETF (fka Vanguard MSCI Emerging) | A | Int./Div. | K | T | Buy (add'l) | 07/17/17 | K | | |
| 50. - Ishares Russell 1000 ETF (fka Ishares Trust Russell 1000 Index) | A | Int./Div. | J | T | | | | | |
| 51. - Ishares U.S Financial Services ETF (fka Ishares Trust Dow Jones) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Technology Select Sector SPDR ETF | A | Int./Div. | K | T | | | | | |
| 53. - Vanguard Health Care ETF | A | Int./Div. | | | Sold | 05/26/17 | J | C | |
| 54. - VANGUARD TOTAL WORLD STK ETF | A | Int./Div. | K | T | | | | | |
| 55. - ISHARES U.S. ENERGY ETF | A | Int./Div. | J | T | | | | | |
| 56. - ISHARES CORE MSCI EAFE ETF | A | Int./Div. | K | T | | | | | |
| 57. - ISHARES CORE U.S. AGGREGATE BOND ETF | C | Int./Div. | M | T | | | | | |
| 58. - VANGUARD TOTAL INTL BON FD ETF CL | A | Int./Div. | K | T | | | | | |
| 59. - VANGUARD TOTAL BOND MKT ETF | C | Int./Div. | M | T | | | | | |
| 60. - VANGUARD SHORT-TERM BOND ETF | B | Int./Div. | L | T | | | | | |
| 61. - ISHARES 20+ YEAR TREAS BON ETF | A | Int./Div. | K | T | | | | | |
| 62. - SPDR GOLD SHARES ETF | A | Int./Div. | | | Sold | 01/30/17 | J | A | |
| 63. - ISHARES NASDAQ BIOTECHNOLOGY ETF | A | Int./Div. | J | T | Buy | 01/30/17 | J | | |
| 64. - VANGUARD FTSE EUROPE ETF | A | Int./Div. | J | T | Buy | 05/26/17 | J | | |
| 65. Merrill Lynch - Angelucci Acoustics Inc SEP | D | Int./Div. | L | T | | | | | |
| 66. - American Growth Fund of America Cl A | A | Int./Div. | K | T | | | | | |
| 67. - American AMCAP Fund Cl A | A | Int./Div. | K | T | | | | | |
| 68. - Blackrock Global Allocation FD Inc A | A | Int./Div. | K | T | Sold (part) | 05/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Blackrock ADV U.S. TTL Market FD, Inc. Cl A fka Blackrock Global | A | Int./Div. | K | T | | | | | |
| 70. Rental Property, Shelbyville, Shelby County, KY | D | Rent | M | W | | | | | |
| 71. Rental Property, Lexington, Fayette County, KY | D | Rent | M | W | | | | | |
| 72. Poppin Angels LLC | | None | J | T | | | | | |
| 73. Jackson National Life Insurance Company (Fixed Annuity) | E | Interest | N | T | | | | | |
| 74. JPMorgan Chase Bank, N.A. (Savings) | A | Interest | K | T | | | | | |
| 75. Poppin, Inc. | | None | J | T | | | | | |
| 76. UBS 529 Plan #1 | A | Int./Div. | J | T | | | | | |
| 77. UBS 529 Plan #2 (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  There were some minor fund name changes.

VII. SPDR PORTFOLIO LONG TERM TREAS ETF TREAS ETF was purchased on 12/09/16 but was missing from the broker statement and not reported on the 2016 FDR.  All shares were sold on 7/17/17.

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ TRACEY N. WISE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544